```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 MAY 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARKO MLADENOVIC,

        Plaintiff,

        v.

SWAROVSKI NORTH AMERICA LIMITED,
D. SWAROVSKI & CO., and DANIEL
SWAROVSKI CORPORATION AG,

        Defendants.

Docket No. 10 Civ.3031 (LTS)(RLE)

**STIPULATION AND ORDER**

---

    IT IS HEREBY STIPULATED AND AGREED by plaintiff Darko Mladenovic and defendant Swarovski North America Limited in the above-captioned action, through their undersigned counsel, that the time for defendant Swarovski North America Limited to respond to the complaint is hereby extended to June 7, 2010.

Dated: May 5, 2010

GINSBERG & BURGOS PLLC

By: _____
Christina N. Burgos
12 East 49th Street, 30th Floor
New York, New York 10017
(646) 374-0028
cburgos@ginsbergburgos.com

*Attorneys for Plaintiff Darko Mladenovic*

ARNOLD & PORTER LLP

By: _____
Anthony D. Boccanfuso
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000
anthony.boccanfuso@aporter.com

*Attorneys for Defendant Swarovski North America Limited*

SO ORDERED:

_____ 5/10/2010
U.S.D.J.